KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>　　　　　Plaintiff,<br>vs.<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00192-JAD-BNW<br><br>**SUBSTITUTION OF COUNSEL** |

　　　SFR Investments Pool 1, LLC authorizes and consents to the substitution of the law firm, Hanks Law Group, including Karen L Hanks, Esq. and Chantel M. Schimming, Esq. as its counsel in the place and stead of the law firm of Kim Gilbert Ebron, including Diana S. Ebron, Esq., Jacqueline A. Gilbert, Esq. and Howard C. Kim, Esq. in the above-entitled matter.

　　　DATED this 4th day of February, 2022.

　　　　　　　　　　　　　　　　　　　　**SFR INVESTMENTS POOL 1, LLC**

　　　　　　　　　　　　　　　　　　　　*/s/ Christopher J. Hardin*

　　　　　　　　　　　　　　　　　　　　*Its: Manager*

...
...
...
...

- 1 -

1  The law firm of Kim Gilbert Ebron, including Diana S. Ebron, Esq., Jacqueline A. Gilbert, Esq. and Howard C. Kim, Esq., hereby consent to the substitution as counsel of record for SFR Investments Pool 1, LLC, in the place and stead of Karen L. Hanks, Esq. and Chantel M. Schimming, Esq. of Hanks Law Group in the above-entitled matter.

DATED this 4th day of February, 2022.

**KIM GILBERT EBRON**

*/s/Diana S. Ebron*
DIANA S. EBRON, ESQ.
NEVADA BAR NO. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

The Hanks Law Group, including Karen L. Hanks, Esq. and Chantel M. Schimming, Esq. hereby consent to their substitution as counsel of record for SFR Investments Pool 1, LLC in the place and stead of the law firm of Kim Gilbert Ebron, including Diana S. Ebron, Esq., Jacqueline A. Gilbert, Esq. and Howard Kim, Esq. in the above-entitled matter.

DATED this 4th day of February, 2022.

**HANKS LAW GROUP**

*/s/ Karen L. Hanks*
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of February, 2022, and pursuant to Federal Rule of Civil Procedure, I filed the foregoing, **SUBSTITUTION OF COUNSEL** which shall be served via electronic service CM/ECF to:

Akerman LLP
Ariel E. Stern, Esq.
Natalie L. Winslow, Esq.
Paige Magaster, Esq.
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com
*Attorneys for NewRez LLC, doing business as Shellpoint Mortgage Servicing*

>                    */s/ Candi Fay*
>          An employee of HANKS LAW GROUP