ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com
Email:  paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a
Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>      Defendants.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>      Counterclaimant,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>      Counterdefendants. | Case No.: 2:22-cv-00192-JAD-BNW<br><br>**JOINT STATUS REPORT REGARDING REMOVAL** |

SFR Investments Pool 1, LLC and NewRez LLC d/b/a Shellpoint Mortgage Servicing, by and through undersigned counsel, submit the following joint status report in response to this court's February 1, 2022, minute order.

62432167;1

**1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.**

On February 1, 2022, Shellpoint removed this matter to federal court. ECF No. 1. The next day Shellpoint filed its certificate of interested parties. ECF No. 2. Shellpoint filed a status report on February 3, 2022, advising the court of the preliminary injunction motion that was filed in state court prior to the removal of this action to this court. ECF No. 4. SFR filed an emergency motion for temporary restraining order and preliminary injunction on February 8, 2022. ECF Nos. 7 and 8. Shellpoint served SFR with a copy of the minutes of the court, ECF No. 3, by hand-delivering the same to the SFR's counsel on February 11, 2022. **Ex. A**. On February 15, 2022, this court entered an order granting SFR's motion for temporary restraining order. ECF No. 9, and the next day SFR posted a $1,000 bond, ECF No. 10. Shellpoint timely filed its answer, affirmative defenses, and counterclaims on February 16, 2022. ECF No. 11. Shellpoint filed its removal statement on February 17, 2022. ECF No. 12. Shellpoint responsded to SFR's motion for preliminary injunction on February 22, 2022. ECF No. 13. At the hearing on February 25, 2022, this court entered an order denying SFR's motion for preliminary injunction, and ruled that the temporary restraining order would expire on its own terms and not be renewed. ECF No. 15.

**2. Include a statement by counsel of action required to be taken by this court.**

The undersigned are unaware of any actions required at this time.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

62432167;1

**3.   Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.**

The undersigned are unaware of any motions, pleadings, or other matters that may affect this action that were not already attached to the notice of removal or subsequently filed with the court.

DATED this 3rd day of March, 2022.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Paige L. Magaster*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | */s/ Chantel M. Schimming*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

3

62432167;1

**INDEX OF EXHIBITS**

Exhibit A        Receipt of Copy

62432167;1

# EXHIBIT A

Receipt of Copy

# EXHIBIT A

ARIEL STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. | Case No.: 2:22-cv-00192 <br><br> **RECEIPT OF COPY** |

I, _Candace Fay_ (print name), hereby acknowledge receipt, by hand-delivery, of the attached filed court minutes [ECF 3] dated 2/1/2022 in the above-referenced matter.

Dated: February 1, 2022.

_/s/ Candace Fay_
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

62160214;1