ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com
Email:  paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a*
*Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                    Defendants.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>                    Counterclaimant,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                    Counterdefendants. | Case No. 2:22-cv-00192-JAD-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO SFR INVESTMENTS POOL 1, LLC'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)  ECF No. 25** |

SFR Investments Pool 1, LLC, and NewRez LLC d/b/a Shellpoint Mortgage Servicing, hereby stipulate and agree that Shellpoint shall have an additional thirty days, up to and including

**May 6, 2022**, to file its response to SFR's motion to dismiss, which is currently due on April 6, 2022, pursuant to ECF No. 18.  SFR's motion to dismiss was filed on March 23, 2022.

Good cause exists to extend Shellpoint's deadline to respond to SFR's dismissal motion. Shellpoint and SFR are currently discussing entry into a stipulated protective order for the production by Shellpoint of certain loan information. If the parties can come to an agreement for production of said loan information pursuant to a stipulated protective order, the parties intend to discuss the possibility of settlement once SFR's counsel receives and reviews this information.  This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 6th day of April, 2022.

| AKERMAN LLP | HANKS LAW GROUP |
|---|---|
| */s/ Paige L. Magaster*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | */s/ Chantel Schimming*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: __4-8-22_____

2