1  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
2  E-mail: karen@hankslg.com
   CHANTEL M. SCHIMMING, ESQ.
3  Nevada Bar No. 8886
   E-mail: chantel@hankslg.com
4  HANKS LAW GROUP
   7625 Dean Martin Drive, Suite 110
5  Las Vegas, Nevada 89139
   Telephone: (702) 758-8434
6  *Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No. 2:22-cv-00192-JAD-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR PROTECTIVE ORDER** |
| NEWREZ LLC, dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING, | |
| Counterclaimant, | |
| vs. | |
| SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Counterdefendants. | |

SFR Investments Pool 1, LLC ("SFR"), and NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint"), hereby stipulate and agree that SFR shall have an additional three business days, up to and including **August 29, 2022**, to file its response to Shellpoint's motion for protective order, which is currently due on August 24, 2022. The extension is requested because

- 1 -

counsel for SFR is responding to two motions for protective order that are due on the same date and requires additional time to respond to both motions.

This is the first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 25th day of August, 2022.

| AKERMAN LLP | HANKS LAW GROUP |
|---|---|
| */s/ Melanie Morgan*<br>MELANIE MORGAN, ESQ.<br>Nevada Bar No. 8215<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | */s/ Karen L. Hanks*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED**

**DATED:** 10:56 am, August 29, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**