ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.:   2:22-cv-00192-JAD-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER [ECF NO. 42]** |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>Counterclaimant,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Counterdefendants. | |

Defendant/Counterclaimant NewRez LLC d/b/a Shellpoint Mortgage Servicing and Plaintiff/Counterdefendant SFR Investments Pool 1, LLC, by and through their undersigned counsel

66236671;1

of record, hereby stipulate and agree that Shellpoint shall have an additional six (6) days, up to and including **September 12, 2022**, to file its reply in support of its motion for protective order [ECF No. 42], which is currently due on September 6, 2022 [ECF No. 55].

      The extension is requested because Shellpoint's counsel is replying in support of its protective order motion in addition to opposing SFR's counter-motion to compel discovery in this matter as well as a similar case. Shellpoint's opposition to SFR's counter-motion to compel discovery [ECF No. 56] is currently due September 12, 2022. Shellpoint's protective order motion and SFR's countermotion to compel both pertain to SFR's first set of requests for production of documents. Shellpoint's counsel has requested an extension of its deadline to reply in support of the protective order motion to coincide with its deadline to oppose SFR's countermotion. This is the parties' first stipulation to extend the time for Shellpoint to reply in support of its motion. The extension is requested in good faith and is not for purposes of delay or prejudice to any party.

| Dated this 6th day of September, 2022. | Dated this 6th day of September, 2022. |
|---|---|
| **AKERMAN LLP** | **HANKS LAW GROUP** |
| /s/ Paige L. Magaster | /s/ Chantel M. Schimming |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139 |
| *Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

    **IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: September 7, 2022

2

66236671;1