1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**akerman**

ARIEL STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com
Email:  paige.magaster@akerman.com

*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No.: 2:22-cv-00192-JAD-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO SFR'S MOTION FOR PROTECTIVE ORDER (ECF NO. 63)** |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | **(FIRST REQUEST)** |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING, | |
| Counterclaimant, | |
| v. | |
| SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Counter-Defendant. | |

NewRez LLC dba Shellpoint Mortgage Servicing and SFR Investments Pool 1, LLC, hereby stipulate and agree that Shellpoint shall have an additional seven (7) days, up to and including

1  **September 28, 2022**, to file its response to SFR's motion for protective order, which is currently due

2  on September 21, 2022. SFR's motion was filed on September 7, 2022 [ECF No. 63].

3     The parties enter into this stipulation to address current time and scheduling constraints on

4  Shellpoint's counsel.  This is the parties' first request for an extension of these deadlines and is not

5  intended to cause any delay or prejudice to any party.

6     DATED this 19th day of September, 2022.

7

| AKERMAN LLP | HANKS LAW GROUP |
|---|---|
| */s/ Paige L. Magaster* | */s/ Chantel M. Schimming* |
| ARIEL E. STERN, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 9578 |
| NATALIE L. WINSLOW, ESQ. | CHANTEL M. SCHIMMING, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 8886 |
| PAIGE L. MAGASTER, ESQ. | 7625 Dean Martin Drive, Suite 110 |
| Nevada Bar No. 15557 | Las Vegas, Nevada 89139 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, Nevada 89134 | *Attorneys for SFR Investments Pool 1, LLC* |
| | |
| *Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | |

**ORDER**

  **IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No. 2:22-cv-00192-JAD-BNW

September 20, 2022
_____
**DATED**

{66429100;1}