1  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
2  E-mail: karen@hankslg.com
   CHANTEL M. SCHIMMING, ESQ.
3  Nevada Bar No. 8886
   E-mail: chantel@hankslg.com
4  HANKS LAW GROUP
   7625 Dean Martin Drive, Suite 110
5  Las Vegas, Nevada 89139
   Telephone: (702) 758-8434
6  *Attorneys for SFR Investments Pool 1, LLC*

7

   **UNITED STATES DISTRICT COURT**
8
   **DISTRICT OF NEVADA**
9

10 SFR INVESTMENTS POOL 1, LLC,              | Case No.  2:22-cv-0192-JAD-BNW

11                       Plaintiff,          | **STIPULATION AND ORDER TO
                                             | EXTEND SFR'S REPLY DEADLINE**
12 vs.

13 NEWREZ LLC, dba SHELLPOINT
   MORTGAGE SERVICING; DOES I through
14 X, inclusive; and ROE BUSINESS ENTITIES
   I through X, inclusive,
15
                       Defendants.
16

17 NEWREZ LLC dba SHELLPOINT
   MORTGAGE SERVICING,
18
                       Counterclaimant,
19
   vs.
20
   SFR INVESTMENTS POOL 1, LLC; DOES I
21 through X, inclusive; and ROE
   CORPORATIONS I through X, inclusive,
22
                       Counterdefendants.
23

24        SFR Investments Pool 1, LLC ("SFR") and NewRez, LLC dba Shellpoint Mortgage

25 Servicing ("Shellpoint") hereby respectfully submit this Stipulation and Order to Extend SFR's

26 deadline to file its reply in support of countermotion to compel. [ECF No. 55].  SFR's current

27 deadline is September 19, 2022. SFR's counsel, however, had several conferences and an appellate

28

- 1 -

1   brief due requiring an additional day to complete the reply. The parties agree SFR shall have until

2   September 20, 2022 to file its reply. The request is the first request for an extension and is not

3   made to delay or prejudice any party.

4   DATED this 19th day of September, 2022.        DATED this 19th day of September, 2022.

5   **HANKS LAW GROUP**                            **AKERMAN LLP**

6
   */s/ Karen L. Hanks*_____            */s/ Paige L. Magaster*
7   KAREN L. HANKS, ESQ.                           Paige L. Magaster, Esq.
    Nevada Bar No. 9578                            Nevada Bar No. 15557
8   7625 Dean Martin Drive, Suite 110             1635 Village Center Circle, Suite 200
    Las Vegas, Nevada 89139                        Las Vegas, Nevada 89134
9   *Attorneys for SFR Investments Pool 1, LLC*    *Attorneys for NewRez LLC d/b/a*
                                                   *Shellpoint Mortgage Servicing*
10

11                                    **ORDER**
                                      **IT IS SO ORDERED**
12

13                                    **DATED:** 4:45 pm, September 20, 2022

14

15

16                                    **BRENDA WEKSLER**
                                      **UNITED STATES MAGISTRATE JUDGE**
17

18

19

20

21

22

23

24

25

26

27

28