ARIEL STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC dba
Shellpoint Mortgage Servicing*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, <br><br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>Counterclaimants,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Counterdefendants. | Case No.: 2:22-cv-0192-JAD-BNW<br><br>**NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** |

Defendant/counterclaimant NewRez LLC d/b/a Shellpoint Mortgage Servicing moves for leave to file supplemental briefing supporting its motion for protective order (ECF No. 42) and opposition to plaintiff/counter-defendant SFR Investment Pool 1, LLC's countermotion to compel

66868874;2

discovery responses (ECF No. 56). Good cause exists under LR 7-2(g) because the supplemental authority was issued only last week.

## MEMORANDUM OF POINTS AND AUTHORITIES

On October 11, 2022, the Nevada supreme court issued two opinions serving as persuasive authority relating to issues directly relevant to Shellpoint's motion, thus constituting good cause to supplement the record: (1) *Pine River Lane Trust v. HSBC Bank, N.A.*, Case No. 83707, 2022 WL 6853717 (Nev. Oct. 11, 2022) (unpublished); and (2) *Ferrell Street Trust v. U.S. Bank, N.A.*, Case No. 83981, 2022 WL 6862277 (Nev. Oct. 11, 2022) (unpublished). Specifically, the Nevada supreme court's new rulings affirm district court denials of HOA purchasers' requests for discovery into loan acceleration in pursuit of NRS 106.240-related legal theories based on unrecorded letters, finding the requests in both cases a "fishing expedition."

Plaintiff/counter-defendant SFR Investment Pool 1, LLC argues in its briefing "nothing under Nevada law stands for the proposition that only a recorded document can render a loan wholly due." (Countermot., ECF No. 56, at 4:22-23.) Thus, *Pine River* and *Ferrell Street* now constitute Nevada authority that SFR deemed absent.

Shellpoint's proposed supplemental authority is attached as **Exhibit A**. Shellpoint respectfully request the court permit it to file its proposed supplemental authority or, alternatively, deny it as moot if this court adjudicates its motion for protective order in the interim.

DATED this 18th day of October, 2022.

**AKERMAN LLP**

*/s/ Paige L. Magaster*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing, LLC*

**ORDER**

**IT IS SO ORDERED**

**DATED:** 8:16 am, October 20, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

66868874;2

**INDEX OF EXHIBITS**

Exhibit A:    Notice of Supplemental Authority

66868874;2