ARIEL STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC dba*
*Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, <br><br>Plaintiff, <br><br>vs. <br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, <br><br>Defendants. <br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING, <br><br>Counterclaimants, <br><br>vs. <br><br>SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br>Counterdefendants. | Case No. 2:22-cv-00192-JAD-BNW <br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO SFR'S REQUESTS FOR ADMISSION, INTERROGATORIES, AND SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

67208221;2

SFR Investments Pool 1, LLC and NewRez, LLC dba Shellpoint Mortgage Servicing hereby stipulate and agree that Shellpoint shall have until **November 11, 2022**, to respond to the following requests and interrogatories propounded in SFR's requests for admission, interrogatories, and second set of requests for production of documents served on September 20, 2022:

- Requests for Admission Nos. 1, 2, 5, 6, 11, 12, 16-46
- Interrogatories Nos. 1-11 & 15-23
- Requests for Production Nos. 9-15 & 17-18

Shellpoint and SFR further agree that SFR shall withdraw the remaining written discovery not so identified in this stipulation based on the court's grant of Shellpoint's motion for judgment on the pleadings as to SFR's NRS 106.240 claim and grant of SFR's motion to dismiss Shellpoint's slander of title claim ECF No. 88

Shellpoint does not waive any objections to SFR's written discovery requests by entering into this stipulation. The parties enter into this stipulation in good faith and not for purposes of delay or to prejudice any party.

DATED this 7th day of November, 2022.

| HANKS LAW GROUP | AKERMAN LLP |
|---|---|
| /s/ Karen L. Hanks<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* | /s/ Paige L. Magaster<br>ARIEL STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* |

## ORDER

**IT IS SO ORDERED**

**DATED:** 12:02 pm, November 08, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

67208221;2