KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ LLC, dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.  2:22-cv-00192-JAD-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO OBJECTION TO MAGISTRATE JUDGE'S ORDER DENYING IN PART AND GRANTING IN PART SFR INVESTMENTS POOL 1, LLC'S MOTION FOR PROTECTIVE ORDER [ECF NO. 99]**<br><br>**(FIRST REQUEST)** |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>Counterclaimant,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Counterdefendants. | ECF Nos. 99, 100 |

SFR Investments Pool 1, LLC ("SFR"), and NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint"), hereby stipulate and agree that SFR shall have up to and including **January 6, 2023**, to file its response to objection to magistrate order [ECF No. 99] which was due on December 28, 2022. SFR initially calendared the correct date for the response to the objection,

- 1 -

but prior to that date, in an identically captioned case with Judge Weksler, an order affirming Judge Weksler's order was entered. Undersigned counsel mistakenly believed this order was entered in this case and marked off from her calendar the response deadline. The error was not discovered until Friday, December 30, 2022, upon which undersigned counsel immediately emailed Shellpoint's counsel.

As such, the parties stipulate and agree that SFR shall have until January 6, 2023, to file its response. This is the first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 3rd day of January, 2023.

| AKERMAN LLP | HANKS LAW GROUP |
|---|---|
| /s/ Paige L. Magaster | /s/ Karen L. Hanks |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134 | KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139 |
| *Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: 1/5/23 *nunc pro tunc to* 12/28/22

- 2 -