KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ LLC, dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants.| Case No.  2:22-cv-00192-JAD-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR RECONSIDERATION [ECF NO. 104]**<br><br>**(FIRST REQUEST)** |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>Counterclaimant,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Counterdefendants. | |

SFR Investments Pool 1, LLC ("SFR"), and NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint"), hereby stipulate and agree that SFR shall have up to and including **March 3, 2023** to file its response to Shellpoint's motion for reconsideration which is currently due on February 13, 2023.

- 1 -

The extension is requested because over the weekend SFR's counsel had a medical emergency involving her child that necessitates follow-up medical appointments today. SFR's counsel is unclear if further appointments will be necessary and out of abundance of caution requests the additional time.

This is the first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 13th day of February, 2023.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| /s/ Paige L. Magaster<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | /s/ Karen L. Hanks<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**
IT IS SO ORDERED

**DATED:** 6:11 pm, February 14, 2023

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

- 2 -