ARIEL STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC dba
Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>Counterclaimants,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Counterdefendants. | Case No.: 2:22-cv-00192-JAD-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION**<br><br>**(FIRST REQUEST)** |

1

69168609;1

SFR Investments Pool 1, LLC and NewRez LLC dba Shellpoint Mortgage Servicing, hereby stipulate that Shellpoint shall have an additional seven (7) days, up to and including **March 17, 2023**, to file its reply in support of Shellpoint's motion for reconsideration of the order denying in part and granting in part Shellpoint's motion for protective order, which is currently due on March 10, 2023. The motion was filed on January 30, 2023, and the response was filed on March 3, 2023. The hearing is currently set for April 4, 2023.

Good cause exists to extend this deadline. SFR has filed a counter-motion for an order to show cause seeking sanctions against Shellpoint [ECF No. 111]. Shellpoint's response to SFR's counter-motion is due on March 17, 2023. The parties request an extension of Shellpoint's deadline to reply in support of its reconsideration motion to coincide with the deadline for Shellpoint to oppose SFR's counter-motion for an order to show cause. This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 10th day of March, 2023.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Paige L. Magaster*<br>ARIEL STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 155571635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | */s/ Karen L. Hanks*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Ste 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: March 13, 2023

69168609;1