ARIEL STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC dba
Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>                              Plaintiff,<br><br>vs.<br><br>NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                              Defendants.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>                              Counterclaimants,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                              Counterdefendants. | Case No.: 2:22-cv-00192-JAD-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE [ECF NO. 111]**<br><br>**(FIRST REQUEST)** |

1

69450885;1

SFR Investments Pool 1, LLC ("SFR"), and NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint"), hereby stipulate and agree that SFR shall have up to and including **March 28, 2023** to file SFR's Reply in Support of Motion to Show Cause which is currently due on March 24, 2023.

Good cause exists for the requested extension. While revising and finalizing SFR's reply for filing, counsel for SFR received a call related to an incident that had occurred involving her child at school. As a result, counsel had to immediately travel to her child's school to address the incident and was unable to complete and file SFR's reply as anticipated. A short extension is therefore required for counsel to finalize and file the reply. This is the first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 24th day of March, 2023.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Paige L. Magaster* | */s/ Karen L. Hanks* |
| ARIEL STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 155571635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Ste 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED**

**DATED:** 7:02 pm, March 27, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

69450885;1