ARIEL STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC dba
Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No.: 2:22-cv-00192-JAD-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY FOR LIMITED PURPOSE** |
| NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, | **(FOURTH REQUEST)** |
| Defendants. | |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING, | |
| Counterclaimants, | |
| v. | |
| SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Counterdefendants. | |

1

70173065;1

Case 2:22-cv-00192-JAD-BNW   Document 126   Filed 04/28/23   Page 2 of 5

SFR Investments Pool 1, LLC and NewRez LLC dba Shellpoint Mortgage Servicing, file this stipulation to request the court to extend the close of discovery by forty-five (45) days for the limited purpose of conducting depositions. This is the parties' third request for an extension of the current discovery deadlines.

**I.  INTRODUCTION.**

On March 13, 2023, the court granted the parties' stipulation to extend discovery for a limited purpose and set the following deadlines:

    (a)    Discovery Cut Off: May 18, 2023.

    (b)    Initial Expert Disclosures: February 1, 2023

    (c)    Rebuttal Expert Disclosures: March 1, 2023

    (d)    Dispositive motions:  June 19, 2023

    (e)    Pre-Trial Order: July 19, 2023

**II.  STATEMENT SPECIFYING THE DISCOVERY COMPLETED.**

The following discovery has been completed:

A.    Initial and supplemental disclosures:

    1.    On March 25, 2022, SFR served its initial disclosures.

    2.    On March 25, 2022, Shellpoint served its initial disclosures.

    3.    On July 25, 2022, Shellpoint served its first supplement to initial disclosures.

    4.    On November 23, 2022, Shellpoint served its second supplement to initial disclosures.

    5.    On December 6, 2022, Shellpoint served its third supplement to initial disclosures.

B.    Written discovery:

    1.    On July 11, 2022, SFR served its first set of requests for production of documents to Shellpoint.

    2.    On July 11, 2022, SFR served a subpoena duces tecum to Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP (**BANA**).

70173065;1

3. On July 15, 2022, Shellpoint served its first set of requests for admission, first set of requests for production, and first set of interrogatories to SFR.

4. On August 11, 2022, Shellpoint responded to SFR's first set of requests for production of documents. Shellpoint did not produce any documents; it objected to every request.

5. On August 29, 2022, SFR served its responses to Shellpoint's first set of requests for admission and objections and responses to Shellpoint's first set of requests for production of documents.

6. On September 1, 2022, SFR served its objections and answers to Shellpoint's first set of interrogatories.

7. On September 20, 2022, SFR served its first set of requests for admission and first set of interrogatories to Shellpoint.

8. On September 20, 2022, SFR served its second set of requests for production to Shellpoint.

9. On November 23, 2022, Shellpoint served its answers and objections to SFR's first set of requests for admission and its answers and objections to SFR's second set of requests for production of documents.

10. On December 2, 2022, Shellpoint served its answers and objections to SFR's first set of interrogatories.

11. On December 9, 2022, Shellpoint served its supplemental answer and objections to SFR's first set of requests for production of documents.

C. Depositions:

1. SFR noticed the deposition of Rule 30(b)(6) witness for Shellpoint for July 27, 2022.

2. SFR noticed the deposition of Rule 30(b)(6) witness for BANA for July 28, 2022.

3. Shellpoint noticed the deposition of Rule 30(b)(6) witness for SFR for September 12, 2022.

3

70173065;1

4.     Shellpoint rescheduled the deposition of Rule 30(b)(6) witness for SFR for October 6, 2022. The parties intend to reset this deposition, which has been vacated for the time being.

5.     SFR rescheduled the deposition of Rule 30(b)(6) witness for Shellpoint for October 20, 2022. The parties intend to reset this deposition, which has yet to occur.

### III.   SPECIFIC DESCRIPTION OF THE DISCOVERY THAT HAS NOT BEEN COMPLETED.

The only discovery that has not yet been completed in this case is the Rule 30(b)(6) depositions of Shellpoint and SFR. The parties reserve the right to participate in additional discovery during the time frames outlined below should the need arise.

### IV.   REASON WHY EXTENSION IS REQUIRED / GOOD CAUSE.

On April 11, 2023, the parties informed Magistrate Judge Brenda Weksler that the parties have entered into settlement negotiations and requested that the hearing on Shellpoint's objections [ECF No. 99] and motion for reconsideration [ECF No. 104] and SFR's countermotion for an order to show cause [ECF No. 111] be continued at least two weeks so the parties may engage in settlement negotiations without incurring fees and costs to continue litigating this matter and with the goal of resolving the matter through settlement. The Court granted the parties' request and continued the hearing to May 4, 2023 [ECF No. 123]. The parties have since requested additional time to continue settlement negotiations and that the court continue the May 4 hearing to a date on or after May 18, which is the discovery deadline [ECF Nos. 115, 124]. The pending discovery disputes impact the scope of the Rule 30(b)(6) depositions of Shellpoint and SFR, which is the only discovery yet to be completed in this case. The parties are requesting an extension of the current discovery deadline in order to complete the Rule 30(b)(6) depositions of Shellpoint and SFR after rulings are issued on Shellpoint's pending reconsideration motion and discovery objection should the parties be unable to reach an agreement to settle this matter.

. . .

. . .

. . .

4

70173065;1

**V.      PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY.**

The parties agree that discovery will be extended forty-five (45) days, and the scheduling order deadlines will be extended to the following:

(a)   Discovery Cut Off: **July 3, 2023.**[1]

(b)   Initial Expert Disclosures: **None Requested**

(c)   Rebuttal Expert Disclosures: **None Requested**

(d)   Dispositive motions:  **August 2, 2023**

(e)   Pre-Trial Order: **September 1, 2023**

DATED this 27th day of April, 2023.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Paige L. Magaster* | */s/ Chantel M. Schimming* |
| ARIEL STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> PAIGE L. MAGASTER, ESQ. <br> Nevada Bar No. 155571635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> CHANTEL M. SCHIMMING, ESQ. <br> Nevada Bar No. 8886 <br> 7625 Dean Martin Drive, Ste 110 <br> Las Vegas, NV  89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: April 28, 2023

---

[1] 45 days from May 18, 2023, is July 2, 2023, which falls on a Sunday.

5

70173065;1