ARIEL STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:	(702) 634-5000
Facsimile:	(702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC dba*
*Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No.: 2:22-cv-00192-JAD-BNW |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT** |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING, | |
| Counterclaimant, | |
| v. | |
| SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Counterdefendants. | |

{69997116;1}

NewRez LLC dba Shellpoint Mortgage Servicing and SFR Investments Pool 1, LLC, by and through undersigned counsel, submit the following joint status report:

1. On April 11, 2023, the parties informed Magistrate Judge Brenda Weksler that the parties have entered into settlement negotiations and requested that the hearing on Shellpoint's objections [ECF No. 99] and motion for reconsideration [ECF No. 104] and SFR's countermotion for an order to show cause [ECF No. 111] be continued at least two weeks so the parties may engage in settlement negotiations without incurring fees and costs to continue litigating this matter and with the goal of resolving the matter through settlement.

2. The Court granted the parties' request and continued the hearing to May 4, 2023 [ECF No. 123]. The Court further ordered that the parties submit a joint status report concerning the status of settlement negotiations at least one week prior to the continued hearing date.

3. SFR's settlement offer currently remains under consideration by Shellpoint.

4. Counsel for the parties believe that additional time of at least two (2) weeks is needed to continue negotiating potential settlement of this matter.

5. The parties accordingly jointly request that the Court continue the hearing concerning ECF Nos. 99, 104, and 111 by at least two (2) weeks, to a date on or after May 18, 2023, that is convenient for the Court.

DATED this 26th day of April, 2023.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Paige L. Magaster* | */s/ Chantel M. Schimming* |
| ARIEL STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134 | KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Ste 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

## **ORDER**

IT IS ORDERED that ECF No. 124 is GRANTED.

IT IS FURTHER ORDERED that the motion hearing set for 5/4/2023 is **rescheduled** to 5/30/2023 at 1:00 p.m. by Zoom video conference.

IT IS SO ORDERED
DATED: 11:55 am, May 01, 2023



BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE