ARIEL STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC dba*
*Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. | Case No.: 2:22-cv-00192-JAD-BNW <br><br> **JOINT STATUS REPORT (SECOND)** |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING, <br><br> Counterclaimant, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br> Counterdefendants. | |

NewRez LLC dba Shellpoint Mortgage Servicing and SFR Investments Pool 1, LLC, by and through undersigned counsel, submit the following joint status report:

1. On April 11, 2023, the parties informed Magistrate Judge Brenda Weksler that the parties have entered into settlement negotiations and requested that the hearing on Shellpoint's objections [ECF No. 99] and motion for reconsideration [ECF No. 104] and SFR's countermotion for an order to show cause [ECF No. 111] be continued at least two weeks so the parties may engage in settlement negotiations without incurring fees and costs to continue litigating this matter and with the goal of resolving the matter through settlement.

2. The Court granted the parties' request and continued the hearing to May 4, 2023 [ECF No. 123]. The Court further ordered that the parties submit a joint status report concerning the status of settlement negotiations at least one week prior to the continued hearing date.

3. The Court subsequently reset the hearing for May 30, 2023, following review of the parties' previous joint status report. [ECF Nos. 124, 127.]

4. SFR's settlement offer currently remains under consideration because it is subject to multiple levels of review.

5. The parties intend to request that the Court extend the current discovery deadline of July 3, 2023, by at least thirty (30) days so the parties may continue to negotiate a potential settlement of this matter.

6. The parties herein jointly request that the hearing currently set for May 30, 2023, be continued by at least (30) days so the parties may continue negotiating a potential settlement without incurring fees and costs for counsel to prepare for and attend the hearing.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

7. The parties jointly request that the Court continue the hearing concerning ECF Nos. 99, 104, and 111 to a date on or after June 29, 2023, that is convenient for the Court.

DATED this 23rd day of May, 2023.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| /s/ Paige L. Magaster | /s/ Chantel M. Schimming |
| ARIEL STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Ste 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

## ORDER

The parties' request to continue the status conference is **GRANTED**.

IT IS HEREBY ORDERED that the motion hearing set 5/30/2023 is vacated and rescheduled and set for July 6, 2023 at 10:00 a.m. **in Courtroom 3B.** If parties wish to appear by Zoom video conference, they are kindly directed to contact courtroom administrator Jeff Miller at jeff_miller@nvd.uscourts.gov no later than noon on the day before the hearing.

**IT IS SO ORDERED**

**DATED:** 2:59 pm, May 24, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**