ARIEL STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC dba*
*Shellpoint Mortgage Servicing*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No.: 2:22-cv-00192-JAD-BNW |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING, | |
| Counterclaimant, | |
| v. | |
| SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Counterdefendants. | |

PLEASE TAKE NOTICE that SFR Investments Pool 1, LLC and NewRez LLC dba Shellpoint Mortgage Servicing have reached an agreement for a full and final settlement of the above-captioned matter. The settling parties expect to present the court with a stipulation for dismissal and related proposed form of order upon finalization of appropriate settlement documents.

DATED this 21st day of July, 2023.

| AKERMAN LLP | HANKS LAW GROUP |
|---|---|
| /s/ Paige L. Magaster<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | /s/ Chantel M. Schimming<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

IT IS ORDERED that ECF No. 133 is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that the hearing set for August 15, 2023 is rescheduled to September 18, 2023 at 1:00 pm. in Las Vegas courtroom 3B. If the parties file a stipulation to dismiss the action before August 18, 2023 the hearing will be vacated. If the parties file a Joint Status Report before the hearing indicating that settlement will not conclude until after September 18 2023, all pending motions will be denied as moot.

If parties wish to appear remotely, they are kindly directed to contact courtroom administrator Jeff Miller at jeff_miller@nvd.uscourts.gov no later than noon on the day before the hearing.

**IT IS SO ORDERED**

**DATED:** 6:49 am, July 24, 2023

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE