ARIEL STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC dba
Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>                     Plaintiff,<br><br>v.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                     Defendants. | Case No.: 2:22-cv-00192-JAD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 138 |
| NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING,<br><br>                     Counterclaimant,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                     Counterdefendants. | |

PLEASE TAKE NOTE that SFR Investments Pool 1, LLC and NewRez LLC dba Shellpoint Mortgage Servicing, by and through their respective counsel of record, hereby stipulate to dismiss all remaining claims and counterclaims in this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees.

**IT IS SO STIPULATED.**

DATED this 12th day of October, 2023.

| AKERMAN LLP | HANKS LAW GROUP |
|---|---|
| /s/ Paige L. Magaster | /s/ Chantel M. Schimming |
| ARIEL STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Ste 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

### ORDER

UPON STIPULATION of the parties [ECF No. 138], and good cause appearing therefore, IT IS ORDERED that **this case is DISMISSED in its entirety with prejudice**, each party to bear its own costs and fees. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**October 16, 2023**