UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SFR Investments Pool 1, LLC, | Case No.: 2:22-cv-0192-JAD-BNW |
| Plaintiff | |
| v. | **Order to Disburse Bond** |
| Newrez LLC dba Shellpoint Mortgage Servicing, | |
| Defendant | |

Christopher Hardin tendered $1,000 to the Clerk of Court for deposit into the court's Registry Account as security for costs required by my order granting SFR Investments Pool, LLC's motion for a temporary restraining order at ECF No. 9.[1] This action was eventually dismissed without prejudice based on the parties' stipulation.[2]

IT IS THEREFORE ORDERED that the Clerk of Court is directed to disburse and mail the full bond amount and any interest payable to SFR's counsel:

Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139

_____
U.S. District Judge Jennifer A. Dorsey
February 22, 2024

---

[1] ECF No. 10 (certificate of cash deposit).

[2] ECF No. 138 (order granting stipulation to dismiss).